UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MARTIN, on behalf of himself<br>And all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>DMD PIZZA LLC; PATALANO<br>PIZZA LLC; DOUGLAS M. DELISLE;<br>ANTHONY PATALONA<br>,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. NO.: 3:19-cv-30047-MGM<br>)<br>)<br>)<br>)  DATE: MAY 7, 2019<br>)<br>) |

## JOINT MOTION TO REQUEST APPROVAL OF SETTLEMENT

The parties in the above-captioned action and submit this Joint Motion to Request the Court's Approval of the Settlement Agreement, between the parties. The Settlement Agreement, attached hereto as Exhibit A, memorializes the agreed upon terms.

1. The parties believe that the Settlement Agreement represents a fair and reasonable resolution of this matter and, as such, respectfully request the Court approve and so Order the Settlement Agreement.

2. Plaintiff, Dan Martin alleged that: 1) he was entitled to unpaid minimum wages in accordance with the Fair Labor Standards Act ("FLSA") and Massachusetts wage and hour laws; 2) that the service charge paid for deliveries constituted a tip; and 3) that he was not paid for sick time pursuant to the Massachusetts Earned Sick Time Law. Plaintiff filed this action as a collective action and class action, but Plaintiff had not yet filed for conditional certification or class certification.

3. Defendants contend that the Plaintiff was properly compensated at all times, that he was not deprived earned sick leave and that he is not entitled to payment of the service

charge, given the manner and method that they communicate to customers that the service charge is not a tip.

4. The Plaintiff recognizes that the claims are disputed claims, and therefore, after reviewing wage records and payroll records, Plaintiff agreed to settle for $6,500, plus an additional amount for estimated attorneys' fees and costs, in an amount not to exceed $5,000, so as to avoid the inherent risks associated with pursuing the case. Defendants agreed to settle for this amount so as to avoid the expense of further litigating this case.

5. Plaintiffs' counsel respectfully requests $5,000, calculated as follows:

   a. Costs in the amount of $400 (filing fees); and,

   b. Fees in the amount of $4,600, which represents 9.2 hours at an hourly rate of $500 per hour. As of the filing of this motion, Plaintiffs' counsel already had spent at least 10.9 hours on this case. Declaration of Stephen Churchill, attached as Exhibit B.

6. Accordingly, the parties jointly submit that the Settlement Agreement is fair and reasonable, and therefore request that the Court approve or so order the Settlement Agreement.

Respectfully submitted,

PLAINTIFFS,
DAN MARTIN AND
OTHERS SIMILARLY
SITUATED

By   /s/ Stephen Churchill
Stephen Churchill (B.B.O. 564158)
Brant Casavant
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel #: 617-607-6230
steve@fairworklaw.com
brant@fairworklaw.com

DEFENDANTS,
DMD PIZZA LLC; PATALANO PIZZA LLC; DOUGLAS M. DELISLE; ANTHONY PATALONA


By   /s/ Cindy M. Cieslak
    Cindy M. Cieslak (B.B.O. 685498)
    Rose Kallor, LLP
    750 Main Street, Suite 1108-3
    Hartford, CT 06103
    Tel #:  (860) 361-7999
    Fax #:  (860) 270-0710
    Email:  ccieslak@rosekallor.com