UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MARTIN, on behalf of himself And all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> DMD PIZZA LLC; PATALANO PIZZA LLC; DOUGLAS M. DELISLE; ANTHONY PATALANO , <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. NO.: 3:19-cv-30047-MGM <br><br><br> DATE: JULY 9, 2019 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants, through their undersigned counsel, that the above-captioned action against DMD Pizza LLC, Patalano Pizza LLC, Douglas M. Delisle and Anthony Patalano be dismissed in its entirety with prejudice and without the award of costs and/or fees to any party, except as provided in the judicially approved Settlement Agreement.

| PLAINTIFF, <br> DAN MARTIN <br><br> By   /s/ Stephen Churchill <br> Stephen Churchill (B.B.O. 564158) <br> Brant Casavant <br> FAIR WORK, P.C. <br> 192 South Street, Suite 450 <br> Boston, MA 02111 <br> Tel #:  617-607-6230 <br> Email: steve@fairworklaw.com <br> brant@fairworklaw.com | DEFENDANTS, <br> DMD PIZZA LLC; PATALANO <br> PIZZA LLC; DOUGLAS M. DELISLE; <br> ANTHONY PATALONA <br><br> By  /s/ Cindy M. Cieslak <br> Cindy M. Cieslak (B.B.O. 685498) <br> Rose Kallor, LLP <br> 750 Main Street, Suite 1108-3 <br> Hartford, CT 06103 <br> Tel #:  (860) 361-7999 <br> Fax #:  (860) 270-0710 <br> Email:  ccieslak@rosekallor.com |

1

## **CERTIFICATION**

This is to certify that on this 9th day of July 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cindy M. Cieslak
Cindy M. Cieslak